# United States District Court
for the

_____WESTERN_____ DISTRICT OF _____OKLAHOMA_____

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | No.  CR-19-232-HE |
| ) | |
| **DEREK MICHAEL JONES,** ) | |
| ) | |
| **Defendant.** ) | |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record:

I am authorized to practice in this Court, and I appear in this case as counsel for:

the plaintiff, United States of America.

I am registered to file documents electronically with this Court.

Date: August 7, 2019

> s/Wilson D. McGarry
> WILSON D. McGARRY
> Assistant U.S. Attorney
> Bar Number:  31146
> 210 Park Avenue, Suite 400
> Oklahoma City, Oklahoma  73102
> (405) 553-8700 (Office)
> (405) 553-8888 (Fax)
> wilson.mcgarry@usdoj.gov

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant: no other parties listed

s/Wilson D. McGarry
WILSON D. McGARRY
Assistant U.S. Attorney
